18424-1:20-mj-02186-JB  needs proc 5/14
Case 1:20-mj-02186-JB Document 1 Entered on FLSD Docket 02/10/2020 Page 1 of 4
for 02/07/2020

Case 4:19-cr-00225-SDJ-KPJ *SEALED*  Document 4 *SEALED*  Filed 09/11/19  Page 1 of 1 PageID #: 6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**SEALED**

United States of America
v.
Darwin Roderico Gonzalez Delgado
a.k.a. Capi

Case No. 4:19-cr-00225-SDJ-KPJ

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Darwin Roderico Gonzalez Delgado
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 963 - Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States

Date: 09/11/2019

*Issuing officer's signature*

City and state: Sherman, TX

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

FILED BY YR D.C.
Feb 7, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**20-2186-MJ-BECERRA**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 11 2019
BY DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 4:19CR 225 |
| | § Judge Jordan/Johnson |
| DARWIN RODERICO GONZALEZ DELGADO | § |
| a.k.a. Capi | § |

SEALED

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States)

That sometime in or about 2011, and continuously thereafter up to and including the date of this Indictment, in Colombia, Ecuador, Panama, Costa Rica, Guatemala, Mexico, and elsewhere, **DARWIN RODERICO GONZALEZ DELGADO**, a.k.a. Capi, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 960.

In violation of 21 U.S.C. § 963.

Indictment
Page 1

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

From his engagement in the violation alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 970, incorporating the provisions of 21 U.S.C. §§ 853(a)(1) and (2), all of his interest in:

    a.    Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

    b.    Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____      9/11/19
COLLEEN BLOSS                                   Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | SEALED |
| v. § | NO. 4:19CR 275 |
| § | Judge Jordan/Johnson |
| DARWIN RODERICO GONZALEZ § | |
| DELGADO § | |
|   a.k.a. Capi § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 11 2019
BY DEPUTY_____

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 963

Penalty:   Imprisonment for not less than ten (10) years or more than life, a fine not to exceed $10,000,000.00 or both. A term of supervised release of at least five (5) years.

Special Assessment: $100.00